UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

BY _____
DEPUTY CLERK
1/15/20 KP

UNITED STATES OF AMERICA,      )
                               )
        v.                     )        Criminal No. 2: 20-cr-4-1
                               )
CHERYL BARBER,                 )
            Defendant.         )

INDICTMENT

COUNT ONE

The Grand Jury charges:

On or about June 17, 2019, in the District of Vermont, defendant CHERYL BARBER

knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

-1-

COUNT TWO

On or about June 20, 2019, in the District of Vermont, defendant CHERYL BARBER

knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT THREE

On or about June 20, 2019, in the District of Vermont, defendant CHERYL BARBER

knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

███████████

FOREPERSON

*Christina E. Nolan* (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Rutland, Vermont
January 15, 2020